J. Stephen Simms (*pro hac vice* pending)
Gary C. Muphy (*pro hac vice* pending)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
Facsimile 410-510-1789
jssimms@simmsshowers.com
gcmurphy@simmsshowers.com

MARISA G. HUBER
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Phone: (415) 348-6000
Facsimile: (415) 346-6001
Email: mhuber@gibsonrobb.com

Attorneys for Plaintiff
Spinnaker Equipment Services, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Spinnaker Equipment Services, Inc., a California corporation, | Case No. |
| Plaintiff, | IN ADMIRALTY, Fed. R. Civ. P. 9(h) |
| v. | |
| Pan Ocean Container Supplies Co., Ltd., a Chinese limited company, | **WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT** |
| Defendant, | |
| and | |
| CAI International, Inc., a Delaware corporation, | |
| Textainer Ltd., a Bermuda limited company, | |
| Textainer Equipment Management (U.S.) Ltd., a Delaware corporation, | |

Textainer Equipment Management (U.S.) II LLC, a Delaware limited liability company,

    Garnishees.

**TO GARNISHEE:** Textainer Equipment Management (U.S.) II LLC

THE U.S. MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREETINGS:

    WHEREAS, on September 5, 2024, Plaintiff filed a Verified Complaint against Defendant Pan Ocean Container Supplies Co. Ltd., for reasons in said complaint mentioned for the sum of **USD $12,883,752.00** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

    WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

    NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

    WITNESS THE HONORABLE
Judge of said Court, in said District,
this   7th   day of February, 2025.

MARK B. BUSBY, CLERK

BY: *Kim Means*
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.