1  J. Stephen Simms (*pro hac vice*)
2  Gary C. Muphy (*pro hac vice*)
   Simms Showers LLP
3  201 International Circle, Suite 230
   Baltimore, Maryland 21030
4  443-290-8704
   Facsimile 410-510-1789
5  jssimms@simmsshowers.com
6  gcmurphy@simmsshowers.com

7  Marisa G. Huber
   GIBSON ROBB & LINDH LLP
8  1255 Powell Street
   Emeryville, California 94608
9  Phone: (415) 348-6000
10 Facsimile: (415) 346-6001
   Email: mhuber@gibsonrobb.com
11
   Attorneys for Plaintiff
12 Spinnaker Equipment Services, Inc.

13                  **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15  Spinnaker Equipment Services, Inc., a California corporation, | Case No. 25-cv-782 |
| 16 | IN ADMIRALTY, Fed. R. Civ. P. 9(h) |
| 17     Plaintiff, v. | |
| 18  Pan Ocean Container Supplies Co., Ltd., a Chinese limited company, | **EXHIBITS TO PLAINTIFF'S AMENDED VERIFIED COMPLAINT [D.I. #25]** |
| 19 | |
| 20     Defendant, | |
| 21  and | |
| 22  CAI International, Inc., a Delaware corporation, et al., | |
| 23 | |
| 24     Garnishees. | |