Sara L. Chenetz, CA Bar No. 206936
SChenetz@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Conte Cicala, CA Bar No. 173554
conte.cicala@withersworldwide.com
WITHERS BERGMAN LLP
909 Montgomery St, Ste 300
San Francisco, CA 94133-4651
Telephone: 415-872-3234
Facsimile: 415-548-4214

*Attorneys for CAI International, Inc., a Delaware corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Spinnaker Equipment Services, Inc., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Pan Ocean Container Supplies Co., Ltd., a Chinese limited company,<br><br>  Defendant,<br><br>and<br><br>CAI International, Inc., a Delaware corporation,<br><br>Textainer Ltd., a Bermuda limited company,<br><br>Textainer Equipment Management (U.S.) Ltd., a Delaware corporation,<br><br>Textainer Equipment Management (U.S.) II LLC, a Delaware limited liability company,<br><br>  Garnishees. | Case No.4:25-cv-00782-YGR<br><br>**CAI INTERNATIONAL INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

-1-

180105386.2

1 | Pursuant to Civil L.R. 3-15, the undersigned counsel for CAI International, Inc. certifies
2 | that as of this date, there are no known conflicts of interest (other than the named parties) to
3 | report.

4
5 | Dated:  February 27, 2025                    **PERKINS COIE LLP**

6
7 | By:*/s/ Sara L. Chenetz*
     Sara L. Chenetz

8 | *Attorneys for CAI International, Inc., a Delaware
9 | corporation*

10 | ,

180215360.1