1  Sara L. Chenetz, CA Bar No. 206936
   SChenetz@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:  310.788.3399

5  Conte Cicala, CA Bar No. 173554
   conte.cicala@withersworldwide.com
6  WITHERS BERGMAN LLP
   909 Montgomery St, Ste 300
7  San Francisco, CA 94133-4651
   Telephone: 415-872-3234
8  Facsimile: 415-548-4214

9
   *Attorneys for CAI International, Inc., a Delaware corporation*
10

11                **UNITED STATES DISTRICT COURT**

12               **NORTHERN DISTRICT OF CALIFORNIA**

13

14  Spinnaker Equipment Services, Inc., a        Case No.4:25-cv-00782-YGR
    California corporation,
15                                               **CAI INTERNATIONAL INC.'S
                                                 DISCLOSURE STATEMENT PURSUANT
16            Plaintiff,                         TO FED. R. CI. PRO. 7-1**

17         v.

18  Pan Ocean Container Supplies Co., Ltd.,
    a Chinese limited company,
19
              Defendant,
20
    and
21
    CAI International, Inc., a Delaware
22  corporation,

23  Textainer Ltd., a Bermuda limited company,

24  Textainer Equipment Management (U.S.) Ltd.,
    a Delaware corporation,
25
    Textainer Equipment Management (U.S.) II
26  LLC, a Delaware limited liability company,

27            Garnishees.

28

180215330.1

1    Pursuant to Fed. R. Civ. Pro, 7-1, the undersigned counsel for CAI International, Inc.

2  ("CAI") states that MHC America Holding Corporation ("MHC America"), a Delaware

3  corporation, owns 100% of the common stock of CAI, and Mitsubishi HC Capital, a Japanese

4  corporation, owns 100% of MHC America.

5

6  Dated:  February 27, 2025               **PERKINS COIE LLP**

7

8                                          By:/s/ Sara L. Chenetz
                                              Sara L. Chenetz

9
                                              *Attorneys for CAI International, Inc., a Delaware*
10                                            *corporation*

11                                                ,

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

180215330.1