1  Sara L. Chenetz, CA Bar No. 206936
   SChenetz@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
4  Facsimile: 310.788.3399

5  Conte Cicala, CA Bar No. 173554
   conte.cicala@withersworldwide.com
6  WITHERS BERGMAN LLP
   909 Montgomery St, Ste 300
7  San Francisco, CA 94133-4651
   Telephone: 415-872-3234
8  Facsimile: 415-548-4214

9
   *Attorneys for CAI International, Inc., a Delaware corporation*
10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | Spinnaker Equipment Services, Inc., a California corporation, | Case No. 4:25-cv-00782-YGR

15 |                                                                 | **CAI INTERNATIONAL INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CI. PRO. 7-1**
16 | Plaintiff,                                                      |

17 | v.                                                              |

18 | Pan Ocean Container Supplies Co., Ltd., a Chinese limited company, |

19 | Defendant,                                                      |

20 | and                                                             |

21 | CAI International, Inc., a Delaware corporation,                |
22 |                                                                 |

23 | Textainer Ltd., a Bermuda limited company,                      |

24 | Textainer Equipment Management (U.S.) Ltd., a Delaware corporation, |

25 | Textainer Equipment Management (U.S.) II LLC, a Delaware limited liability company, |
26 |                                                                 |

27 | Garnishees.                                                     |

28

-1-

-2-

1 | Pursuant to Fed. R. Civ. Pro, 7-1, the undersigned counsel for CAI International, Inc. ("CAI") states that MHC America Holding Corporation ("MHC America"), a Delaware corporation, owns 100% of the common stock of CAI, and Mitsubishi HC Capital, a Japanese corporation, owns 100% of MHC America.

Dated:  February 27, 2025                    **PERKINS COIE LLP**

By:/s/ Sara L. Chenetz
    Sara L. Chenetz

*Attorneys for CAI International, Inc., a Delaware corporation*

,

180215330.1