Sara L. Chenetz, CA Bar No. 206936
SChenetz@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Conte C. Cicala, CA Bar No. 173554
conte.cicala@withersworldwide.com
WITHERS BERGMAN LLP
909 Montgomery St, Ste 300
San Francisco, CA 94133-4651
Telephone: 415-872-3234
Facsimile: 415-548-4214

*Attorneys for Garnishee*
*CAI International, Inc., a Delaware corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Spinnaker Equipment Services, Inc., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Pan Ocean Container Supplies Co., Ltd., a Chinese limited company,<br><br>    Defendant.<br><br>and<br><br>CAI International, Inc., a Delaware corporation,<br><br>Textainer Ltd., a Bermuda limited company,<br><br>Textainer Equipment Management (U.S.) Ltd., a Delaware corporation,<br><br>Textainer Equipment Management (U.S.) II LLC, a Delaware limited liability company,<br><br>    Garnishees. | Case No. 4:25-cv-00782-YGR<br><br>**STIPULATION TO WITHDRAW MOTION/OBJECTION OF CAI INTERNATIONAL, INC. (DOC. 32) AND CANCEL HEARING ON MARCH 4, 2025**<br><br>*U.S. District Court Judge Yvonne Gonzalez Rogers* |

STIPULATION

**STIPULATION**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

In light of plaintiff's dismissal of CAI International, Inc. ("CAI"), without prejudice from this action, thereby also effectively withdrawing the writ and discovery requests directed to CAI only, CAI, in turn, withdraws its MOTION TO VACATE WRIT, QUASH INTERROGATORIES AND FOR RELATED RELIEF AND OBJECTION TO WRIT and cancels the hearing noticed thereon, without prejudice to its refiling in the event that Plaintiff renews proceedings, discovery and/or attachment efforts as against CAI.

**IT IS SO STIPULATED**

Dated: February 28, 2025

**WITHERS BERGMAN LLP**

/s/ Conte C. Cicala
Conte C. Cicala (SBN 173554)
Withers Bergman LLP
909 Montgomery Street, Suite 300
San Francisco, CA 94133
Phone: 415.872.3200 / Fax: 415.549.2480
Email: conte.cicala@withersworldwide.com

*Attorney for CAI International, Inc., a Delaware Company*

Dated: February 28, 2025

**SIMMS SHOWERS LLP**

/s/ Stephen Simms
J. Stephen Simms (pro hac vice)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Phone: 443.290.8704 / Fax: 410.510.1789
Email: jssimms@simmsshowers.com

*Attorney for Plaintiff Spinnaker Equipment Services, Inc.*

APPROVED
Judge Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## L.R. 5-1(i) ATTESTATION

I, Conte C. Cicala, am the ECF user whose ID and password are being used to file the attached Stipulation to Withdraw Motion. In compliance with Local Rule 5-1, I hereby attest that concurrence in the filing of this documents has been obtained from the other signatories.

Dated: February 28, 2025                    /s/ Conte C. Cicala
                                                                                              Conte C. Cicala

## CERTIFICATE OF SERVICE

I hereby certify that, on February 28, 2025, I caused the foregoing Notice of Dismissal of Garnishee CAI International, Inc. to be filed on the Court's CM/ECF filing system for electronic service on all counsel of record.

Dated: February 28, 2025                    /s/ Conte C. Cicala
                                                                                              Conte C. Cicala