J. Stephen Simms (*pro hac vice*)
Gary C. Muphy (*pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
443-290-8704
Facsimile 410-510-1789
jssimms@simmsshowers.com
gcmurphy@simmsshowers.com

Marisa G. Huber
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Phone: (415) 348-6000
Facsimile: (415) 346-6001
Email: mhuber@gibsonrobb.com

Attorneys for Plaintiff
Spinnaker Equipment Services, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Spinnaker Equipment Services, Inc., a California corporation, <br><br> Plaintiff, <br> v. <br><br> Pan Ocean Container Supplies Co., Ltd., a Chinese limited company, <br><br> Defendant and Garnishees, *et al*. | Case No. 25-cv-782 <br><br> IN ADMIRALTY, Fed. R. Civ. P. 9(h) <br><br> **NOTICE OF DISMISSAL OF GARNISHEES TEXTAINER LTD., TEXTAINER EQUIPMENT MANAGEMENT (U.S.) LTD., AND TEXTAINER EQUIPMENT MANAGEMENT (U.S.) II LLC** |

Plaintiff Spinnaker Equipment Services, Inc., pursuant to Fed. R. Civ. P. 41, hereby dismisses Garnishees Textainer Ltd., Textainer Equipment Management (U.S.) Ltd., and Textainer Equipment Management (U.S.) II LLC without prejudice from this this action. Defendant is **not** dismissed.

Date: March 6, 2025.

Notice of Dismissal Without Prejudice – Textainer Garnishees                   - 1 -

Respectfully submitted,

GIBSON ROBB & LINDH LLP

| | |
|---|---|
| Marisa G. Huber<br>mhuber@gibsonrobb.com | /s/ J. Stephen Simms_____<br>J. Stephen Simms (*pro hac vice*)<br>Gary C. Muphy (*pro hac vice*)<br>Simms Showers LLP |

Spinnaker Counsel

### CERTIFICATE OF SERVICE

I hereby certify that, on March 6, 2025, I caused the foregoing Notice of Dismissal of Remaining Garnishees to be filed on the Court's CM/ECF filing system for electronic service on all counsel of record.

/s/ J. Stephen Simms_____
J. Stephen Simms