J. Stephen Simms (*pro hac vice*)
Gary C. Muphy (*pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
443-290-8704
Facsimile 410-510-1789
jssimms@simmsshowers.com
gcmurphy@simmsshowers.com

Marisa G. Huber
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Phone: (415) 348-6000
Facsimile: (415) 346-6001
Email: mhuber@gibsonrobb.com

Attorneys for Plaintiff
Spinnaker Equipment Services, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Spinnaker Equipment Services, Inc., a California corporation, <br><br> Plaintiff, <br> v. <br><br> Pan Ocean Container Supplies Co., Ltd., a Chinese limited company, [1] <br><br> Defendant. | Case No. 25-cv-782 <br><br> IN ADMIRALTY, Fed. R. Civ. P. 9(h) <br><br> **MOTION TO VACATE DEADLINES PENDING SERVICE OF PROCESS ON DEFENDANT IN CHINA** |

Plaintiff Spinnaker Equipment Services, Inc. ("Spinnaker") hereby moves for the dismissal of the current deadlines set forth in the Court's January 27, 2025 Order [D.I. 13] for ADR certification and vacating the initial case management conference currently set for April

---

[1] Garnishee CAI International, Inc. was dismissed on February 28, 2025 [D.I. 33] and Garnishees Textainer Ltd., Textainer Equipment Management (U.S.) Ltd., Textainer Equipment Management (U.S.) II LLC were dismissed on March 6, 2025 [D.I. 37]

28, 2025.

Spinnaker filed its Verified Complaint January 23, 2025 [D.I. 1]. That complaint was filed during the pendency of the decision in the Hong Kong court regarding Pan Ocean's application for leave to appeal that Court's July 9, 2024 decision granting a Judgment to Spinnaker.

The Court issued its Order Setting Initial Case Management Conference and ADR Deadlines on January 27, 2025 [D.I. 13], the first of which is April 7, 2025 for filing the ADR Certification.

The Hong Kong court issued its decision denying Pan Ocean's application on February 14, 2025. Spinnaker filed an Amended Verified Complaint on February 25, 2025. The Summons and Amended Verified Complaint were translated to Chinese and, pursuant to the Hague Convention on Service Abroad, sent to the International Legal Cooperation Center (ILCC) in the Ministry of Justice of China on March 24, 2025 for service on Pan Ocean. Per the HCCH practical information, the time for execution of the request is "around 6 months". [2]

Until Pan Ocean is served, and counsel for Pan Ocean enters an appearance, the case management events outlined in the Court's January 27, 2025 Order cannot be completed. Spinnaker, therefore, respectfully requests the deadlines set forth in that Order be vacated and the initial case management conference set for April 28, 2025 be cancelled.

Date: April 3, 2025.

Respectfully submitted,

| GIBSON ROBB & LINDH LLP | Simms Showers LLP |
|---|---|
| Marisa G. Huber<br>mhuber@gibsonrobb.com | /s/ J. Stephen Simms_____<br>J. Stephen Simms (*pro hac vice*)<br>Gary C. Muphy (*pro hac vice*) |

---

[2] https://www.hcch.net/en/states/authorities/details3/?aid=243.

Spinnaker Counsel