# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**SPINNAKER EQUIPMENT SERVICES, INC.**, a California corporation,

    Plaintiff,

    v.

**PAN OCEAN CONTAINER SUPPLIES CO., LTD.**, a Chinese limited company,

    Defendant.

Case No. 4:25-cv-00782-YGR

**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

TO PLAINTIFF AND COUNSEL OF RECORD:

You are **HEREBY ORDERED TO SHOW CAUSE** in writing by **no later than January 28, 2026**, why this case should not be dismissed for failure to prosecute. On April 3, 2025, the Court vacated all deadlines pending service of Pan Ocean Container Supplies Co., Ltd. (Dkt. No. 41.) From reviewing the docket, it does not appear that Pan Ocean Contained Supplies Co. has been served.

Accordingly, plaintiff must explain why this case should not be dismissed for failure to prosecute. Failure to timely respond to the order to show cause will result in a dismissal without prejudice and without further notice.

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**